IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| ROBERT LEE YOUNG, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 6:06-CV-19 (HL) |
| | * | 42 U.S.C. § 1983 |
| OFFICER LAW, OFFICER | * | |
| BULLERGON, and THE | * | |
| THOMAS COUNTY JAIL, | * | |
| | * | |
| Defendants. | * | |

## REPORT AND RECOMMENDATION

Plaintiff was an inmate at the Thomas County Jail in Thomasville, Georgia, at the time he filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983 on March 15, 2006. On the same date, Plaintiff sought leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a), which was granted. It was ordered that the Warden of the institution wherein plaintiff was incarcerated, or the Sheriff wherein he was held, was to remit to the Clerk of this court twenty percent (20%) per month of his prison account until the $250.00 filing fee was paid in full. Service upon the Defendants was also ordered. On March 27, 2006, the Plaintiff filed a Motion for Appointment of Counsel which was denied on August 9, 2006. Defendants filed their Answer on May 22, 2006.

Under Rule 41(b) of the Federal Rules of Civil Procedure, a plaintiff is required to diligently prosecute his lawsuit. If he fails to do so, the court may dismiss his case on that basis. A review of the case file reveals that the plaintiff has taken no meaningful affirmative

action to prosecute this action since filing his motion for appointment of counsel in March of 2006. Because of this, and the fact that a Plaintiff is required to keep the court appraised of his whereabouts which he has failed to do, it is the view of the undersigned that the Plaintiff's activity in this case has not been sufficient to merit the continuation of this lawsuit and, consequently, that this action should be dismissed under Rule 41(b).

**ACCORDINGLY**, **IT IS RECOMMENDED** that Plaintiff's Complaint be **DISMISSED** for failure to prosecute the action pursuant to Federal Rule of Civil Procedure 41(b). Pursuant to 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this Recommendation with the United States District Judge, WITHIN TEN (10) DAYS after being served with a copy thereof.

**SO RECOMMENDED** this 1st day of May 2007.

S/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

eSw