**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

ROBERT LEE YOUNG, :
:
    Plaintiff, :
:
v. : 7:07-CV-111 (WLS)
:
THOMAS COUNTY JAIL, ET. AL., :
:
:
    Defendants. :
_____:

**O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 14), filed May 1, 2007. It is recommended that Plaintiff's § 1983 complaint against Defendants be dismissed for failure to prosecute. Plaintiff has not filed an objection.

    The Court notes that numerous attempts by the Clerk's Office to contact Plaintiff by mail have been unsuccessful. (Doc. Nos. 13, 15, 16). All correspondence has been returned as undeliverable.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's complaint (Doc. No. 1) is **DISMISSED for failure to prosecute**.

    SO ORDERED, this __1st__ day of May, 2008.

                                         /s/W.Louis Sands
                                         **W. Louis Sands, Judge
                                         United States District Court**